**Christopher McMILLAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 39093.**

Missouri Court of Appeals, Western District.

Oct. 20, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 1, 1987.

Dennis D. Goodden, Public Defender, Columbia, for appellant.

John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and BERREY and GAITAN, JJ.

PER CURIAM.

ORDER

Appeal from denial after evidentiary hearing of a Rule 27.26 motion to vacate

**35**

conviction of murder in the second degree and sentence to life imprisonment.

Judgment affirmed.   Rule 84.16(b).